No. 01–703. COMINSKY v. MALNER ET AL. Ct. App. Ohio, Lake County. Certiorari denied.

No. 01–708. BOSTON MEDICAL CENTER v. SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 285. C. A. 1st Cir. Certiorari denied.

No. 01–720. CHILINGIRIAN v. ELLIS, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 01–725. WATSON ET AL. v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 01–727. FERRO ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–744. SCHRODER ET AL. v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–763. SANTOS v. POTTER, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 01–770. SANTANA-MADERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–773. BACH ET AL. v. MASON ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–781. WILEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–786. SEGARS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–787. RAMBACHER ET VIR v. ROSSOTTI, COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 01–804. FRY v. MARTINEZ, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 3d Cir. Certiorari denied.